## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NICOLE A. STEVENS,

    Plaintiff,

v.   Case No. 8:22-cv-02144

HUMANA INC.,
a Delaware Corporation,

    Defendant.
_____

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nicole A. Stevens and Defendant Humana Inc., pursuant Fed R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear its own attorneys' fees and costs.

Dated: April , 2023.

| | |
|---|---|
| */s/ Michael G. Mann* | */s/ Kelly M. Pena* |
| Michael G. Mann, Esq. | David D. DeMaio, Esq. |
| Fla. Bar No. 1020249 | Fla. Bar No. 886513 |
| MMann@cochranfirmorlando.com | david.demaio@ogletree.com |
| The Cochran Firm Orlando, LLC | Kelly M. Pena, Esq. |
| 605 East Robinson Street, Suite 140 | Fla. Bar No. 106575 |
| Orlando, Florida 32801 | kelly.pena@ogletree.com |
| | Beran Nar, Esq. |
| | Fla. Bar No. 1025037 |
| | beran.nar@ogletree.com |
| | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| | 9130 S. Dadeland Blvd., Suite 1625 |
| | Miami, Florida 33156 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |